```
                                                         FILED
                                                    U.S. DISTRICT COURT
              IN THE UNITED STATES DISTRICT COURT   DISTRICT OF NEBRASKA

                                                    05 JUL 19 AM 8:34
                 IN THE DISTRICT OF NEBRASKA
                                                    OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs | ) 8:00CR229 |
| | ) |
| Carl J. Carlson | ) |
| | ) RECEIPT AND ACKNOWLEDGMENT |
| | ) |

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of __3 years__ commencing __7-15-05;__

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

_Drew Cromwell_ (signature)
Drew Cromwell
U.S. Probation Officer
Designated Witness

_____ (signature)
Defendant

__7-15-05__
Date

Rev:3/98